# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                          **PLAINTIFF**

V.                          CASE NO. 4:17CR-00293-BSM-27

JEFFREY KNOX                                      **DEFENDANT**

## NOTICE OF DEFENDANT'S CONSENT TO PARTICIPATE IN PLEA HEARING VIA VIDEO TELECONFERENCING, AND WAIVER OF RIGHTS TO BE PHYSICALLY PRESENT IN COURT FOR THAT HEARING

Pursuant to Section 15002(b)(1)(2) of the CARES Act, and Rule 32 of the Federal Rules of Criminal Procedure, Defendant, Jeffrey Knox, hereby waives his right to be physically present at his plea hearing, which will occur on November 12, 2020 and agrees to participate in his hearing, from the place of his confinement, via video teleconference.

Respectfully submitted,

Nicki Nicolo
424 W 4th Street, Suite A
North Little Rock, AR 72114
(501) 353-0371 phone
nicololaw@gmail.com

1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                    **PLAINTIFF**

**V.**                    **CASE NO. 4:17CR-00293-BSM - 74**

**JEFFREY KNOX**                    **DEFENDANT**

## CONSENT TO VIDEO TELECONFERENCE AND WAIVER OF RIGHT TO BE PHYSICALLY PRESENT AT PLEA HEARING

I, Jeffrey Knox, the defendant in the above-captioned case, after being advised by counsel of my right to be physically present in Court for my plea hearing, do hereby waive that right and consent to allow the Court to conduct my hearing via video teleconference. I understand that I will be allowed to watch and participate in my plea hearing from the place of my confinement and, if necessary, consult with my attorney, via telephone, during the hearing.

_____
Jeffrey Knox, Defendant

11-10-2020
_____
Date